IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LESLIE MONTGOMERY**                                                                                    PETITIONER
*ADC #086768*

V.                              CASE NO. 4:20-cv-00871-BRW-JTK

**DEXTER PAYNE**
*Director, ADC*                                                                                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

THEREFORE:

1. Petitioner Leslie Montgomery's Petition for Writ of Habeas Corpus (*Doc.* 2) is DENIED and this case is DISMISSED WITH PREJUDICE.

2. A Certificate of Appealability is DENIED. *See* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 23rd day of August, 2021.

                                                        Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE