# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LESLIE MONTGOMERY**　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
*ADC #086768*

V.　　　　　　　　　　CASE NO. 4:20-cv-00871-BRW-JTK

**DEXTER PAYNE**
*Director, ADC*　　　　　　　　　　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is dismissed with prejudice.

SO ADJUDGED this 23rd day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE